# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ALAN WEBB ) | Case No.: 1:17-cv-01054-EPG |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| NANCY A. BERRYHILL, Deputy ) | |
| Commissioner for Operations, ) | |
| performing the duties and functions not ) | |
| reserved to the Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 2, 2018, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the August 9, 2017 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **April 2, 2018**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE