MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| NATHAN ALAN WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-01054-EPG<br><br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Opening Brief be extended by 30 days, from June 1, 2018 to July 2, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief.

Defendant requests this extension due to her counsel's workload. Defendant's counsel is currently responsible for appellate assignments before the United States Court of Appeals for the Ninth Circuit, over 40 cases in variety of stages before the United States District Court for the Districts of Central, Eastern, Northern and Southern California and District of Nevada, and a

1 | personnel-related litigation at dispositive motions stage before the Equal Employment
2 | Opportunity Commission.

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the issue Plaintiff raised, and to submit Defendant's responsive brief for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: May 31, 2018          */s/ Beatrice Na for Monica Perales\**
                             (\* As authorized via email on May 31, 2018)
                             MONICA PERALES

                             Attorney for Plaintiff


Dated: May 31, 2018          MCGREGOR W. SCOTT
                             United States Attorney

                     By:     */s/ Beatrice Na*
                             BEATRICE NA
                             Special Assistant United States Attorney

                             Attorneys for Defendant

1 # ORDER

IT IS ORDERED that the Joint Stipulation for an Extension of Time (ECF No. 17) is Granted. The time for Defendant to respond to Plaintiff's opening brief is extended to July 2, 2018.

IT IS FURTHER ORDERED that all subsequent deadlines set forth in the Court's Scheduling Order (ECF No. 6) are modified accordingly.

IT IS SO ORDERED.

Dated: __**June 1, 2018**__          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

Joint Stip. & Order for Ext.; 1:17-cv-01054-EPG