**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NATHAN ALAN WEBB,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Case No: 1:17-cv-01054-EPG

ORDER OF REMAND

(ECF No. 19)

Pursuant to the Stipulation by and between Nathan Alan Webb (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record (ECF No. 19),

This action is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council is to remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council is to instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence. The Appeals Council is also to instruct the ALJ to take further action, as warranted, to complete the administrative record and issue a new decision.

The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **July 5, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE