McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8984
    Facsimile: 415-744-0134
    Email: inseon.jeong@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN WEBB,<br><br>       Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:17-cv-01054-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 28) |

IT IS HEREBY STIPULATED by the Parties, through their undersigned attorneys, to extend the time to file supplemental briefing with the Court by 21 days to **August 17, 2020**. This is the Parties first request for an extension of time concerning the supplemental briefing and the Commissioner requests it in good faith and without any intent to prolong proceedings unduly.

Following the Court's July 7, 2020 minute order, Counsel for the Commissioner promptly reached out to the relevant individuals within the Social Security Administration to obtain figures for the past due benefits awarded to Plaintiff. Counsel for Defendant is unable to access such information through any other method. Counsel for Defendant has made good faith efforts to obtain the relevant information, but has been unable to obtain a complete response from its internal contact about the issues raised in the Court's July 7, 2020 minute order. In order to fully and properly respond to the Court's request for supplemental briefing, counsel for the Commissioner and Plaintiff believe that a brief extension would allow them to provide the Court will all relevant information. Counsel for the Commissioner and Plaintiff anticipate that they will be able to submit joint supplemental briefing that responds to the Court's requests.

Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: _July 23, 2020_                                 LAW OFFICES OF LAWRENCE D. ROHLFING

                                            By:     _/s/ In Seon Jeong for Monica Perales *_
                                                    MONICA PERALES
                                                    *Authorized by email on July 23, 2020
                                                    Attorney for Plaintiff

Date: _July 23, 2020_                                 McGREGOR W. SCOTT
                                                    United States Attorney
                                                    DEBORAH LEE STACHEL
                                                    Regional Chief Counsel, Region IX

                                            By:     _/s/ In Seon Jeong_
                                                    IN SEON JEONG
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant

Stipulation for Extension: 1:17-cv-01054-EPG              2

ORDER

Pursuant to the stipulation of the parties (ECF No. 28), and finding good cause exists, IT IS ORDERED that the deadline for the parties to file supplemental briefing is extended to **August 17, 2020.**

IT IS SO ORDERED.

Dated:   **July 24, 2020**                                   /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE